FILED by _____ D.C.
APPEALS

JUN 2 6 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D OF FLA. · MIAMI

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

### FORT LAUDERDALE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 02-60212-CR-Marra |
| Plaintiff, | Miami, Florida |
| | October 11, 2002 |
| v. | 10:11 A.M. |
| RICARDO LINARES, ET AL., | |
| Defendants. | |

- - - - -

Transcript of Garcia Hearing Had

Before the Honorable Kenneth A. Marra,

United States District Judge.

- - - - -

Proceedings recorded by mechanical stenography, transcript produced by computer.

FRANCINE C. SALOPEK, OFFICIAL COURT REPORTER
(305) 523-5568