1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO: 02-60212-CR-MARRA

ORIGINAL

UNITED STATES OF AMERICA

    Plaintiff(s),

V.
ANDREA GARCIA DARRIOS,
aka PATRICIA CHAIN DONADO,

    Defendant(s).
_____/


SENTENCING TRANSCRIPT

June 18, 2003


APPEARANCES:
ON BEHALF OF THE PLAINTIFF:
SCOTT BEHNKE, AUSA

ON BEHALF OF THE DEFENDANT:
MIGUEL DEL AGUILA, ESQUIRE

Also Present:
Elena DeJohn, Spanish Interpreter


COURT REPORTER:   Robert Dale Floyd

# NOT

# SCANNED

PLEASE REFER TO COURT FILE